**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:20-cr-290-O** |
| | § | |
| **CHRISTOPHER KALEJAIYE AJAYI (6),** | § | |
| | § | |
| **Defendant.** | § | |

**MOTION FOR RECONSIDERATION OF ORDER
DISMISSING MOTION FOR COMPASSIONATE RELEASE**

COMES Defendant, **CHRISTOPHER KALEJAIYE AJAYI** ("Ajayi"), and files his Motion

for Reconsideration of Order Dismissing Motion for Compassionate Release, and would show as

follows:

**PRELIMINARY STATEMENT**

As a preliminary matter, Ajayi respectfully requests that this Court be mindful that *pro se*

litigants are entitled to liberal construction of their pleadings. See See *Morris v. Livingston*, 739 F.3d

740 (5th Cir., 2014) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by

attorneys and will, therefore, be liberally construed."); *Haines v Kerner*, 404 U.S. 519, 520 (1972).

**RELEVANT BACKGROUND**

On Ajayi's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and

First Step Act of 2018. See ECF No. 2162.

On December 11, 2023, the Court issued an Order "DISMISSED without prejudice to refiling

after exhausting administrative remedies" Ajai's Compassionate Release Motion Ajayi's Motion for

Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. See ECF

No. 2166.

## REASON FOR RECONSIDERATION

With all due respect to the Court, Ajai forgot to include his request for administrative remedy to the Warden at FCI Bastrop with his original motion. Please see **Exhibit-I** – Ajai's request for administrate remedy dated May 31, 2023. This should cure my failure to enclose it with the original Compassionate Release Motion Ajayi's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. The Warden's Response lapsed thirty (30) days from when the original administrative remedy was filed.

Further, Ajai states that his health has deteriorated since he has been at FCI Bastrop because of inadequate treatment. He has attached his recent medical ailments and conditions. See **Exhibit--II**.

WHEREFORE, PREMISE CONSIDERED, Ajai's Compassionate Release Motion Ajayi's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018 for the above and foregoing reason.

Respectfully submitted,

Dated: January 11, 2024

CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602
Appearing *Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, a true and correct copy of the above and foregoing Motion for Reconsideration of Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 was sent via First Class U. S. Mail, postage prepaid, to Laura Montes-DOJ, at Office of United States Attorney,801 Cherry St, Unit 4, Burnett Plaza, Suite 1700, Fort Worth, TX 76102.

CHRISTOPHER KALE ADY AJAYI

Date: October 16th, 2023                    Emmanuel Chukwuka Aryi
                                            09833-509

To: Mr. M. Palacios
    (Administrative Remedy Coordinator)
    FCI Bastrop                    EXHIBIT-I

I appreciate your response, however it is not
completely accurate for the following reasons:

The BP-8 was dated 9/23/2023 at 1258 hrs,
it was completed on 9/25/2023 and submitted
to staff on 9/28/2023 but mistakenly dated
8/29/2023 by staff instead of 9/29/2023
The BP-9 was completed and submitted on
10/5/2023 which is within 20 days of event
( 20 days would be 10/23/2023).
I resubmit my request for review and
consideration to address my urgent medical
problems in my earlier correspondence.
      TIME LINE OF REQUEST IS AS FOLLOWS:
5/31/2023 — 1st Initial Request to Warden
7/18/2023 — No response from the Warden to my
            request until I raised the issue with my
            team Manager (Ms. Alvarez) on 7/18/2023
            during my team meeting
6/30/2023 — Warden's letter dated 6/30/2023 was
            delivered back to me the next day
            7/19/2023 after my meeting with Ms. Alvarez
            which I responded to via email same day
            7/19/2023. (See attached)
The BP-8 delivered to me on 9/23/2023, submitted on
9/28/2023. The BP-9 delivered on 10/3/2023, submitted
on 10/5/2023, I respectfully request you address
each of the numbered topics in my BP-9 and what
delay in service can have on my health considering
my age, deteriorating conditions and worsening effects

TRULINCS  09833509 - AJAYI, CHRISTOPHER KALEJAI - Unit: BAS-H-A

--------------------------------------------------------------------------------------------------------

FROM: 09833509
TO: WARDEN
SUBJECT: ***Request to Staff*** AJAYI, CHRISTOPHER, Reg# 09833509, BAS-H-A
DATE: 05/31/2023 07:07:35 PM

To: ROSALES
Inmate Work Assignment: CHAPEL CLERK

I would like to request for a compassionate release or reduction in sentence for the reasons listed below.
1. Deterioration of my health due to diabetes, hypertension, hyperlipidemia, gall stones, and a hernia which requires immediate surgery.
2. My age being 73 years.
3. The burden of family on my wife and her age.
4. Various changes in the law pertaining to my case.

I will reside at my house with my wife, I will be placed on her insurance as well. I am not a threat to society, my custody level of low and my low recidivism will reflect that. I have no prior criminal history and plan not to have any further. I greatly appreciate your consideration and time.



**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*P.O. Box 730*
*Bastrop, Texas 78602*

June 30, 2023

MEMORANDUM FOR CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509

FROM:              G. Rosales, Warden

SUBJECT:       Compassionate Release/Reduction In Sentence (RIS)

Consideration for your release, under the provisions of Title 18, United States Code, Section 3582 (c)(1)(A), and Bureau of Prisons Program Statement 5050.50, Compassionate Release/Reduction in Sentence, has been denied due to the fact you do not meet the criteria as outlined in policy.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Your request has been evaluated under the Elderly Inmates With Medical Conditions category.  A review of your recent medical summary reflects you have a diagnosis of Hypertension, Type 2 Diabetes Mellitus, Poly Neuropathy and Polyarthritis.   Although you have the above referenced medical conditions and you are 73 years of age, you have completed only 21.5% of your sentence, you are able to perform instrumental activities of daily living (IADL) and your prognosis is good.

Medical staff will continue to monitor your conditions as clinically indicated.   I suggest you work with your unit team and your designated medical team to address your needs, as they may arise.   In compliance with Bureau of Prisons' Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program by submitting your concerns on the appropriate form within 20 days of the receipt of this response.



BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Medical | DATE: 11/9/2021 |
|---|---|
| FROM: Christopher Ajayi | REGISTER NO.: 09833509 |
| WORK ASSIGNMENT: Chapel | UNIT: 206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Request for Blood Sugar (Glucose) Test
I like to request for Blood Sugar
(Glucose) Test at least every other day
if daily is not possible.
I'm on Oral Diabetic medications namely
Metformin 1000mg twice daily and
Glipizide 10mg once daily.

Thanks

---

(Do not write below this line)

DISPOSITION:

you have been scheduled for daily
sugar checks which are in the morning.
It is recommended that you are fasting
for the sugar checks.

R. Andrzejewski, FNP-C

| Signature, Staff Member | Date NOV 18 2021 |
|---|---|
| | FCI Bastrop, TX |

Record Copy - File; Copy - Inmate              This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)           and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF CDFRM**
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Perez (Medical) | DATE: 2/8/2022 |
|---|---|
| FROM: Christopher Ajayi | REGISTER NO.: 09833509 |
| WORK ASSIGNMENT: CHAPEL | UNIT: 206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.) Request to see Dr. Perez concerning my PAIN which on a scale of 1-10, it is 8 and also for Diabetes for which I'm daily dosed and administered of which average reading (daily) is 380⁺ from 1/28/22 to 2/7/22. Prior reading for self-administered from 12/30/21 to 1/19/22 138.2. I need adjustment of Diabetes to twice daily or as deemed fit by the Doctor.
On Pain, I need replacement for the Duloxetine, I suspected the Duloxetine was the cause of my low Blood sugar, depletion of electrolytes due to Drug + Drug interaction causing all the untoward effects, since I stopped it, no such untoward effect, I'm unable to sleep because of the PAIN

(Do not write below this line)

DISPOSITION:

You have been scheduled to see the physician as soon as possible.

| Signature Staff Member D. Perez, MD | Date 02.10.2022 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

— Chronic Pelvic Pain (This was as a result of gun injury sustained in 2016 during an aggravated robery of my business)

— Plantar Fasciitis in my legs as a result of circulation.

— Clavicle and Neck Pain (Gun Injury from 2016 episode)

— Gall Stones

<u>Diabetes - Type II</u> - My Diabetes was adequately controlled prior to incarceration at Bastrop. It got worsened for some of the following reasons

(1) No Diabetic diet, I have to be selective of what I eat as most daily food consisted of carbohydrates.

(2) Not properly monitored, inability to test Blood sugar, initially I was told, I could'nt test because I was not on Insulin but on Oral hypoglycemics, after family intervention I was approved for daily checks but prior to incarceration, I tested 4 times daily. My family offered to send me a testing kit with no needles where I would'nt have to use any needle, the BOP (medical) objected. My daily glucose testing was withdrawn for a while pending further approval. When my A1C went to 9.8 which was a critical number, after months of not monitoring. Lack of testing regularly and diabetic diet made my diabetes worsened and my Laboratory results speaks for itself. My creatinine was High (critical) A1C - 9.8 (High or critical) so also are

Other parameters

Now I have discoloration on my left foot probably due to circulation, despite frequent exercise and wearing of medical stocking, it is always heavy upon waking up and eases normally as I walk around.

Hernia — I was diagnosed with hernia about 9 months ago. and still This was confirmed by an outside surgeon, up till now, I'm still awaiting surgery. I'm always in pain and agony in most cases unable to sleep, I sleep sporadically waking up at intervals of 30 minutes to an hour. I was given some Lidocaine Patches which helped a little for the pain. (See e-mail to the Doctor).

Chronic Pelvic x Neck ^ Pain — As a result of gun injury sustained on the 17th of August 2016 during an aggravated robbery of my pharmacy, in which I was shot 4 times, once in the Neck and 3 times in my left pelvic area. Prior to incarceration I was on Neurotin (Gabapentin) which was to prevent further nerve damage but the BOP would not continue the medication despite my attorney intervention with a letter to the Medical Department. This has resulted in atrophy to some nerves and pain which always prevent me from sleeping.

—Chest Pain (Angina)—Experienced Chest Pain 3 times since I have been here. The pain is always sudden, sharp and becomes dull. EKG is done few days afterwards that shows elevated Blood pressure and normal EKG.

These are some of the problems, my medical records has been requested, let me know if you want me to forward this to you or the clerk of the Court.

<u>Drugs Current medications</u>

Glipizide 10mg
Metformin 1000mg
Lisinopril 10mg
Atorvastatin
Lidocaine 5% Patches
Naprosyn 250mg (OTC)
Tamusulosin HCL 0.4mg
Stockings (Medical) for vericose veins
Back Brace

<u>Over The Counter medications</u>

Vit C
Vit E
Vit B complex
Tylenol

I enclose copies of some of my laboratory reports mentioned earlier, request to staff, and copies of rejection Notice #1178005-F1 from compassionate Release request dated 10/11/2023 Thanks again for all you do, you are well appreciated. Thanks Chistopher—

PAGE 2

Cont'd from Page 1

WRITE YOUR COMPLAIN IN THIS SPACE, AS BRIEFLY AS POSSIBLE, INCLUDING DETAILS AND FACTS WHICH SUPPORT YOUR REQUEST.

1) PRIOR TO COMING HERE, EACH OF MY CONDITIONS: (TYPE II DIABETES, HYPERTENSION, GALL STONES, BACK PAIN, CHEST PAIN (ANGINA) AND HERNIA — REQUIRING SURGERY) WAS TREATED BY A SPECIALIST. HERE THAT CANNOT HAPPEN AND EACH OF THESE CONDITIONS HAS DETERIORATE, EVEN SOME OF MY MEDICATIONS WERE NOT APPROVED BY THE BOP, PUTTING ME AT SIGNIFICANT RISK. (PLEASE REFER TO MY PREVIOUS CORRESPONDENCE AND MEDICAL RECORDS FOR MORE DETAILS.)

2) WHAT ACTION DO YOU WISH TO BE TAKEN TO CORRECT THE SITUATION?

Cont'd from Page 1

FURTHER I WILL BE ABLE TO RETURN TO MY MEDICAL TEAM AT NO EXPENSE TO THE BOP USING MY WIFE'S HEALTH COVERAGE WHICH IS MORE COMPREHENSIVE AND COMPLETE THAN THAT WHICH IS AVAILABLE THROUGH THE BOP.

3) WHAT HAVE YOU DONE TO INFORMALLY RESOLVE THIS MATTER? TO WHOM HAVE YOU SPOKEN WITH?

Cont'd from Page 1

THEIR ABILITY TO HELP ME IS MOSTLY LIMITED TO MEDICATIONS — A TREATMENT FALLING SHORT OF WHAT I NEED, EVEN SOME OF MY PREVIOUS MEDICATIONS WERE NOT APPROVED BY THE BOP. I HAVE FURTHER MET WITH MY TEAM HERE AT FCI BASTROP TO ADDRESS THIS MATTER. I NOW SEEK REDRESS TO THIS MATTER VIA BP-9.

THANK YOU.



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** AJAYI, CHRISTOPHER | **Facility** FCI Bastrop |
| **Reg #** 09833-509 | **Order Unit** H02-206L |
| **DOB** 02/01/1950 | **Provider** R. Gupta, MD |
| **Sex** M | |

**Collected** 01/25/2023 10:07 CST, 01/25/2023 10:09 CST
**Received** 01/26/2023 08:52 CST
**Reported** 01/26/2023 12:36 CST
**LIS ID** 334222663

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.5 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | | 26 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 18 | 7-26 | mg/dL |
| Creatinine | H | 1.33 | 0.60-1.30 | mg/dL |
| eGFR (CKD-EPI 2021) | | 56 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.4-10.2 | mg/dL |
| Glucose | H | 112 | 70-109 | mg/dL |
| AST | | 18 | 5-34 | U/L |
| ALT | | 18 | 8-55 | U/L |
| Alkaline Phosphatase | | 63 | 40-140 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.0 | mg/dL |
| Protein, Total | | 7.3 | 6.4-8.3 | g/dL |
| Albumin | | 4.5 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | 2.3-3.5 | g/dL |
| Albumin/Globulin Ratio | | 1.61 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 13.2 | 5.0-30.0 | |
| Cholesterol, Total | | 136 | <200 | mg/dL |
| Triglycerides | | 68 | <150 | mg/dL |
| HDL Cholesterol | L | 28 | 40-60 | mg/dL |
| LDL-Cholesterol | | 94 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.8 | 0.0-4.0 | |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 9.5 | 4.0-5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

TRULINCS  09833509 - AJAYI, CHRISTOPHER KALEJAI - Unit: BAS-D-A

----------------------------------------------------------------------------------------------------

FROM: HEALTH SERVICES
TO: 09833509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/03/2023 03:02:03 AM

Your visit has been approved. We are awaiting a date from the provider. You will be seen as soon as possible.

From: ~^! AJAYI, ~^!CHRISTOPHER KALEJAIY <09833509@inmatemessage.com>
Sent: Sunday, October 1, 2023 1:17 AM
Subject: ***Request to Staff*** AJAYI, CHRISTOPHER, Reg# 09833509, BAS-D-A

To: DR. GUPTA
Inmate Work Assignment: UNICOR-RETRO

I understand you have me scheduled in a month's time, my hernia has gotten worse. I now experience awful pain in
the right pelvic to my back.The pain is intense especially at night,I could only lay in bed by the left side,sitting down
or getting up is a great challenge as the pain gets intense and unbearable.The pain affects my sleep as I sleep spora-
dically waking up every 30 to 40 minutes in agony and pain each time.
I will appreciate If I could be seen sooner.

Thanks very much for your consideration.

CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

January 9, 2024

Ms. Karen Mitchell
Clerk of Clerk
U. S. District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

RE:   *Ajayi v. United States*
Crim No. 4:20-cr-00290-O-6

Dear Ms. Mitchell:

Enclosed please find and accept for filing Defendant's Motion for Reconsideration of Order Dismissing Motion for Compassionate Release Please submit this motion to the Court.

Thank you for your assistance in this matter.

Sincerely,

CHRISTOPHER KALEJAIY AJAYI
Appearing *Pro Se*

*Encl. as noted*



This package is made from post-consumer waste. Please recycle - again.

PRESS

**UNITED STATES POSTAL SERVICE.**

Retail

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

...ESS FIRMLY TO SEAL

US POSTAGE PAID

Origin: 77070
01/10/24
4800420059-05

**$9.65**

**P**

**PRIORITY MAIL®**

0 Lb 3.50 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 01/12/24

C024

SHIP
TO:
STE 310
601 W 10TH ST
FORT WORTH TX 76102-3641

USPS TRACKING® #

9505 5104 4804 4010 9152 16

USPS.COM/PICKUP

Package Pickup,
QR code.

RECEIVED
JAN 1 6 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FROM:

CHRISTOPHER KALEJAIY AJAYI
REG. NO: 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

TO:
Ms. Karen Mitchell, Clerk of Clerk
U. S. District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

• Expected de...
• Domestic sh...
• USPS Tracki...
• Limited inter...
• When used in...

*Insurance does not...
Domestic Mail Manu...
** See International M...

...onal destinations...

...coverage.

**FLAT RA...**
ONE RATE ■ AN...

**TRACKED...**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

how2recycle.info
PAPER
POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.