# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal No. 4:20-cr-290-O |
| | § | |
| CHRISTOPHER KALEJAIYE AJAYI (6), | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

COMES Defendant, **CHRISTOPHER KALEJAIYE AJAYI** ("Ajayi"), and files his Notice of Appeal of the February 26, 2024 Order Denying Motion for Compassionate Release [ECF No. 2191] ("Order"). It is essential to noted that Ajayi just received the Order in the prison mail. As such, his Notice of Appeal is filed out-of-time. Since Ajayi just received the Order in the mail, he respectfully requests that the Court toll the extra time and allow him to file it out-of-time.

Respectfully submitted,

Dated: March 13, 2024

CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602
Appearing *Pro Se*

CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

March 13, 2024

Ms. Karen Mitchell
Clerk of Clerk
U. S. District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

      RE:   *Ajayi v. United States*
             Crim No. 4:20-cr-00290-O-6

Dear Ms. Mitchell:

    Enclosed please find and accept for filing Defendant's Notice of Appeal. Please submit the Notice of Appeal to the Court. An Application to Proceed in Forma Pauperis will be forthcoming.

    Thank you for your assistance in this matter.

                                Sincerely,

                                CHRISTOPHER KALEJAIY AJAYI

*Encl. as noted*

 **PRIORITY MAIL** RECEIVED

MAR 18 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF TEXAS

76102 $9.85
RDC 03  0 Lb 1.80 Oz  R2303S100990-01

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain ite
Domestic Mail Manual at http://pe.us
** See International Mail Manual at h

EXPECTED DELIVERY DAY: 03/15/24

USPS TRACKING® #


9505 5104 4802 4073 9242 19

CHRISTOPHER KALEJAIY AJAYI
REG. NO. 09833-509
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

TO:
Ms. Karen Mitchell, Clerk of Clerk
U. S. District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

**FLAT RATE E**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

